Present — Goldman, P. J., Marsh, Witmer and Henry, JJ.

The People of the State of New York, Respondent, v. Glen Mason, Appellant.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Cardamone, JJ.

Town of Orchard Park et al., Respondents, v. Robert Schultz et al., Appellants.—

In the Matter of the Application of Matthew P. Cornelia, Individually, etc., Respondents, v. Board of Education of Central School District No. 1 of the Town of Greece, Appellant.— Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

In the Matter of the Application of Joseph R. Carroll, Commissioner of Jurors, Erie County, for an order to destroy or otherwise dispose of certain records, etc.— Order for destruction of records entered. (Order entered February 11, 1971.)